IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: DIGITEK<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1968 |
| THIS DOCUMENT RELATES TO:<br><br>*Kevin Clark v. Actavis Group, et al.*<br>Docket No.: 2:08-1017 | CONSENT TO DISMISS<br>WITHOUT PREJUDICE |

Pursuant to Fed.R.Civ.P. 41, the undersigned counsel hereby stipulates that all claims of Plaintiff, Kevin Clark (not Plaintiff Willie Mae Wilburn) in the above-captioned matter, against Defendants, Actavis Group Hf, Actavis Group Ptc, Ehf, Actavis Totowa, LLC (formerly known as Amide Pharmaceutical, Inc.), Actavis Inc., Actavis Elizabeth, LLC, Actavis US, Mylan, Inc., Mylan Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Bertek Pharmaceuticals Inc., and, UDL Laboratories, Inc., are hereby be dismissed in their entirety without prejudice.

_____
Matthew P. Moriarty, Esquire
Tucker, Ellis & West, LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115-1414

Dated: _____, 2009

_____
Ericka L. Downie, Esquire
Sarah E. West, Esquire
Shook, Hardy & Bacon, L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108

Dated: July 1, 2009

_____
Michael Weinkowitz, Esquire
Levin Fishbein Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 191017

Dated: 8/3, 2009

ENTERED, this 15 day of August, 2009

_____
Joseph R. Goodwin, Chief Judge